# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0048.  MATTHEWS v. BUTLER.**

Upon consideration of Shanita Matthews' Emergency Motion for Extension of Time to File Discretionary Application, the same is hereby GRANTED. Matthews shall have until June 25, 2021 to file her application. Matthews indicates in her motion that she is waiting on the official record to be prepared by the Gwinnett County Superior Court Clerk before she can submit her application. Matthews is directed to our Rule 31, which does not require a certified record prior to submission of her application materials. Matthews may append as exhibits to her application her own copies of trial court pleadings or transcripts so long as she complies with the requirements of Rule 31.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/14/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*